UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ANDRADE, individually and on behalf of all others similarly situated; and LILIANA AVILA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-2724 JLS (MDD)<br><br>**ORDER DIRECTING PARTIES TO UPDATE THE COURT** |

The Court requests to be updated on the status of arbitration in this matter. The last entry on this case's docket was more than a year ago. (ECF No. 77.) In the most recent Order from this Court, arbitration was scheduled to begin on August 8, 2016. (ECF No. 76.) The Court **DIRECTS** that the parties provide a brief status update to the Court as to the current progress of arbitration so that the Court can ensure an expeditious resolution of litigation. The parties **SHALL** contact the Court either electronically or telephonically within 14 days of this Order.

/ / /

Either party may initiate contact as long as both agree on current status of arbitration. No formal filing is required at this time.

**IT IS SO ORDERED.**

Dated: September 29, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge